# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Corey Rae Willis, | Case No. 2:22-cv-01154-CDS-BNW |
| Plaintiff | |
| | **Order Denying Motion to Stay** |
| v. | |
| | [ECF No. 21] |
| Bob Falkner, *et al.*, | |
| Defendants | |

Before the court is plaintiff Corey Willis's motion to stay. ECF No. 21. In his motion, Willis requests that the court stay the case for 270 days because (1) he is seeking to obtain private counsel to represent him in this matter; (2) he does not have complete access to the law library; and (3) he is not knowledgeable about the law. *Id.* at 2. I deny Willis's motion to stay without prejudice because he has yet to comply with the previous orders (ECF Nos. 15, 18) where I denied his application to proceed *in forma pauperis* and required him to pay the $402 filing fee. The United States District Court for the District of Nevada must collect fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). I will, however, grant Willis one final extension to pay the filing fee. I order that the deadline to pay the filing fee is extended to **August 30, 2023**. If Willis fails to pay the filing fee by the deadline, this case will be dismissed without prejudice.

## CONCLUSION

For the foregoing reasons, I order that Willis's motion to stay **[ECF No. 21] is denied without prejudice**.

I further order that the deadline to pay the full filing fee of $402 is extended to **August 30, 2023**.

Dated: July 27, 2023

_____
United States District Judge