UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Corey Rae Willis,

            Plaintiff

v.

Bob Faulkner, *et al.*,

            Defendants

Case No.: 2:22-cv-01154-CDS-BNW

**Order Granting Plaintiff's Motion to Extend Time to Pay the Filing Fee**

[ECF No. 25]

    Plaintiff Corey Willis files a motion in this now-closed case requesting that the court grant him 60 days to pay the full filing fee. ECF No. 25 at 1–2. In his motion, Willis states that he paid the full $402 filing fee, but the money was accidentally applied to another of his cases in this district. *Id.* If this error had not occurred, Willis's payment would have arrived prior to the August 30, 2023, dismissal deadline that I set. *See* ECF No. 23 at 1.

    Therefore, for good cause shown, I grant Willis's motion [ECF No. 25] and order that he shall pay the full filing fee of $402 on or before **November 20, 2023**. If he timely complies, I will reopen the case and enter a service order.

    DATED: September 25, 2023

_____
UNITED STATES DISTRICT JUDGE