# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Corey Rae Willis, | Case No. 2:22-cv-01154-CDS-BNW |
| Plaintiff | **Order Granting in Part and Denying in Part Plaintiff's Motion to Transfer Filing Fee and Reopen Case** |
| v. | |
| Bob Faulkner, et al., | [ECF No. 30] |
| Defendants | |

Plaintiff Corey Willis, through counsel, files a motion to reopen this case. ECF No. 30. In the motion, Willis states that he paid the filing fee for this matter to avoid dismissal of this case, but that the funds were misapplied to another case he had before the court.[1] *Id.* at 4. Willis requests that the funds from his other case be transferred to this case to pay the filing fee. *Id.* For the following reasons, I grant in part and deny in part Willis's motion.

## I.   Procedural History and Discussion

Previously, after denying Willis's application to proceed *in forma pauperis*, I granted him two extensions to pay the filing fee. *See* ECF Nos. 15, 27. After failing to comply with these orders, I dismissed and closed the case. ECF Nos. 23, 24. While I recognize that funds were debited from Willis's trust account and applied to the *German* case around the time I first ordered him to pay the filing fee in this case, Willis did not register any objection in the *German* case concerning the misapplication of funds. At this point, Willis has continued to litigate the *German* case after the filing fee was paid. Transferring the funds to this case would only complicate matters in the *German* case, which has proceeded to service. *See Willis v. German, et al.*, 2:22-cv-01610-RFB-MDC, ECF No. 22. Willis cannot request that funds be shifted from one case to another during litigation.

---

[1] *See Willis v. German, et al.*, 2:22-cv-01610-RFB-MDC, ECF No. 4.

In addition, I will not order the transfer of funds from one case to another because the United States District Court for the District of Nevada must collect fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action initiated prior to December 1, 2023, is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). I will grant Willis an extension to pay the filing fee in this case. I order that the deadline to pay the filing fee is **April 22, 2024**. However, I deny Willis's request to transfer funds from the *German* case to this case. If Willis fails to pay the filing fee, I will once again dismiss this case without prejudice.

II.   Conclusion

I therefore order that Willis's motion to transfer filing fee and reopen the case **[ECF No. 30] is granted in part and denied in part**. The Clerk of the Court is instructed to reopen this case but is not authorized to transfer the filing fee from one action to another.

I further order that the deadline to pay the full filing fee of $402 is **April 22, 2024**. Failure to comply will result in dismissal of this action with no further notice.

Dated: February 29, 2024

_____
United States District Judge

2