JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY RAE WILLIS,, <br><br> Plaintiff, <br><br> vs. <br><br> FALKNER, et al., <br><br> Defendants. | CASE NO.:   2:22-cv-01154-CDS-BNW <br><br> **STIPULATION TO EXTEND RESPONSE DEADLINE TO SUBMIT THE DISCOVERY PLAN** |

    Plaintiff, COREY RAE WILLIS, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and Defendants, BOB FALKER and GREGORY BRYAN, by and through their attorney of record, SAMUEL PEZONE, JR. ESQ., of the Office of the Attorney General, hereby submit their stipulation and agreement to extend the deadline to submit the discovery plan, currently due on July 24, 2024 pursuant to the Notice entered at ECF 45 on June 24, 2024.   The parties respectfully request that the Court extend the deadline for a period of two (2) weeks, making the discovery plan due on August 7, 2024.   The parties request is supported in good cause.

. . .

. . .

. . .

The parties have not yet been able to complete a mandatory FRCP 26(f) conference.

Dated this <u>24th</u> day of July, 2024.

**LJU LAW FIRM**

*/s/ James D. Urrutia*
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
7575 Vegas Drive, Suite 100
Las Vegas, Nevada 89128
*Counsel for Plaintiff*

Dated this <u>24th</u> day of July, 2024.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Samuel Pezone Jr.*
Samuel Pezone, Jr. Esq.
Nevada Bar No. 15978
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
*Counsel for Defendants*

**IT IS SO ORDERED.**

**DATED:** July 25, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**