JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY RAE WILLIS,, <br><br> Plaintiff <br><br> v. <br><br> BOB FALKNER, et al., <br><br> Defendants | CASE NO.:   2:22-cv-01154-CDS-BNW <br><br> **Order Approving STIPULATION TO EXTEND RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br> **(First Request)** <br><br> [ECF No. 61] |

Plaintiff, COREY RAE WILLIS, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and State Defendants, by and through their attorney of record, SAMUEL PEZONE, JR. ESQ.,  hereby submit their stipulation and agreement to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF 57] and respectfully  request that the Court extend the response deadline for a period of fourteen days, making Plaintiff's Response to Defendants Motion for Summary due on May 9, 2025.  The parties request is supported in good cause.

Defendants filed their Motion for Summary Judgment [ECF 57] on April 4, 2025. Plaintiff's counsel will be out of the jurisdiction for an extended period of time. As such, the parties have agreed to extend the response deadline to May 9, 2025.

| Dated this <u>15th</u> day of April, 2025. | Dated this <u>15th</u> day of April, 2025. |
|---|---|
| **LJU LAW FIRM** | **OFFICE OF THE ATTORNEY GENERAL** |
| <u>/s/ James D. Urrutia</u><br>JAMES D. URRUTIA, ESQ.<br>Nevada Bar No. 12885<br>7575 Vegas Drive, Suite 100<br>Las Vegas, Nevada 89128<br>*Counsel for Plaintiff* | <u>/s/ Samuel Pezone</u><br>Samuel L. Pezone, Jr. Esq.<br>Nevada Bar No. 15978<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>*Counsel for Defendants* |

Based on the parties' stipulation, IT IS ORDERED that the deadline for Willis to respond to defendants' motion for summary judgment is extended to May 9, 2025. Any reply is due May 16, 2025.

Dated: April 17, 2025

_____
United States District Judge